RECEIVED
JAN - 7 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**____________________DIVISION**

Bryon Pierson Jr.

Plaintiff(s),

v.

Cortex Innovation Center

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. ____________________
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES [X] NO [ ]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

X Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe): Retailation

**PARTIES**

2. Plaintiff's name: Bryon Pierson

Plaintiff's address: 5535 Delmar blvd. Apt. 712
Street address or P.O. Box

St. Louis MO 63112
City/ County/ State/Zip Code

618-381-0110
Area code and telephone number

3. Defendant's name: Cortex Innovation Center

Defendant's address: Cortex 1 Forest park
Street address or P.O. Box

St. Louis, MO, 63110
City/County/State/ Zip Code

______________
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

______________________________________________________________
(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

2018-present

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[X] Yes Date filed: Nov. 26, 2025

[ ] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[X] Yes Date filed: July 31 2025

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[X] Yes [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

X failure to hire me

____ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

X retaliation

X harassment

____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

X Yes ____ No

11. I believe that I was discriminated against because of my (check all that apply):

X race

X religion

____ national origin

X color

____ gender

X disability

____ age (birth year is: _____________)

X other: Retailation

Did you state the same reason(s) in your charge of discrimination?

[X] Yes [ ] No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I was a contractor Reciving services from Cortex Innovation center, between the years of 2019-2024.

I applied for and expressed interest in employment and programs like program admission, space allocation, selection funnels, partner introduction as well as Square one Bootcamp. I made compliants about discrimination with the organization and to other agencies. The organization repeatedly denied me these opportunties.

(Continue to page 6, if additional space is needed.)

I believe the organization discrimnated against me based on race, religion, sexual orientation, disability, and retaliation when it did not select me for positions and programs, in violation of title VII of the Civil Rights Act of 1964, as amended, and in violation of Title I of the Americans with disabilties Act of 1990, as amended.

I have two other EEOC clians that Cortex has close workings with.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

[X] are still being committed by the defendant.

[ ] are no longer being committed by the defendant.

[ ] may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Restore Access and grant admission into programs.
Any relief court deems necessary
Monetary compensation if possible.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

[signature]

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of January, 20 26.

Signature of Plaintiff [signature]